ORIGINAL

cc: 

Notice.Dismiss
NORMAN K.K. LAU
Attorney At Law
A Law Corporation

NORMAN K.K. LAU  1795
820 Mililani Street, Suite 701
Honolulu, Hawaii  96813
Telephone No.:  (808) 523-6767
Facsimile No.:  (808) 523-6769
Email:          norm@normlau.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 9 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROOSEVELT HARPER, | CIVIL NO. 06-00342 HG-LEK |
| Plaintiff, | NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES |
| vs. | |
| MIDLAND CREDIT MANAGEMENT INC., | |
| Defendant. | (No Trial Date) |

NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO ALL
CLAIMS AND PARTIES

Plaintiff ROOSEVELT HARPER, by and through his undersigned attorney, and pursuant to FRCP, Rule 41(a)(1)(A) hereby dismisses the Complaint filed June 23, 2006 as to all claims and parties with prejudice.  Defendant has not filed an Answer or any motion for summary judgment.

DATED:  Honolulu, Hawaii.  September 19, 2006.

_____
NORMAN K.K. LAU
Attorney for Plaintiff